UNITED STATES of America,
Plaintiff–Appellee,

v.

Jermaine JONES, Defendant–Appellant.

No. 16–6036.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Jermaine Jones, Appellant Pro Se. S. Katherine Burnette, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Jones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 4:13-cr-00083-BO-1 (E.D.N.C. filed Dec. 22, 2015 & entered Dec. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*